UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
Baruch Teitelbaum, individually and on behalf of all others similarly situated,

        Plaintiff,

Case No.: 1:21-cv-2491

-against-

Cedars Business Services, LLC,

        Defendant(s).

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney and the Defendant that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that the dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: July 27, 2021

Respectfully Submitted,

 /s/Tamir Saland
Tamir Saland
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
tsaland@steinsakslegal.com
Tel. 201-282-6500

Fax 201-282-6501  
*Attorneys for Plaintiff*

### Certificate of Service

    I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

| | |
|---|---|
| This 27th day of July, 2021 | Respectfully Submitted, |
| | */s/ Tamir Saland* <br> Tamir Saland |

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 7/28/2021

/s/ Eric N. Vitaliano
Eric N. Vitaliano
United States District Judge